IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SHIRLEY D. BURWELL-RAINEY,

    Plaintiff,

v.                                        Civil Action No. 3:12-cv-89-JAG

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

    Defendant.

## FINAL ORDER

    THIS MATTER is before the Court on the plaintiff Shirley Burwell-Rainey's Objections (Dk. No. 21) to the Magistrate Judge's Report and Recommendations. (Dk. No. 20.) For the reasons stated in the accompanying Memorandum Opinion, this Court ADOPTS the Report and Recommendations of the Magistrate Judge and OVERRULES Burwell-Rainey's objections. Accordingly, Burwell-Rainey's motion for summary judgment is DENIED (Dk. No. 8), the Commissioner's motion for summary judgment is GRANTED (Dk. No. 14), and the Commissioner's decision denying benefits to Burwell-Rainey is AFFIRMED.

    Let the Clerk send a copy of this Order to all counsel of record and via U.S. Mail to the pro se plaintiff.

    IT IS SO ORDERED.

Date: October 11, 2012
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge